CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 09 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No.: 7:11-cr-00008-2 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHANE ALAN LAFERTY. | ) | By: James C. Turk |
| | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss, ECF No. 130, is **GRANTED** and that Lafferty's motion to vacate pursuant to 28 U.S.C. § 2255, ECF Nos. 108, 114, is hereby **DENIED**. This action shall be **STRICKEN** from the active docket of the court.

Further, finding that Lafferty has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 9th day of January, 2013.

/s/ James C. Turk
James C. Turk
Senior United States District Judge